July 3, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

CHARLTON WARD, Appellant

NO. 14-12-00281-CR

V.

THE STATE OF TEXAS, Appellee

_____

      This cause was heard on the motion of the appellant to withdraw notice of appeal. Having considered the motion the Court orders the appeal **DISMISSED**.

      We further order the mandate be issued immediately.

      We further order this decision certified below for observance.